UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK DEWAYNE WASHINGTON | CIVIL ACTION NO. 14-3502-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DON M. BURKETT, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 9], and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 25th day of AUGUST 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE